Robert BARTELS, Plaintiff-Appellant,

v.

NEW YORK LITHOGRAPHERS' AND PHOTO–ENGRAVERS' UNION NO. ONE–P, formerly known as New York Photo-Engravers' Union No. One, Defendant-Appellee.

No. 26, Docket 34675.

United States Court of Appeals, Second Circuit.

Argued Sept. 17, 1970.

Decided Sept. 17, 1970.

* The Honorable Fred M. Taylor, United States District Judge for the District of Idaho, sitting by designation.

Solomon D. Monshine, New York City, for appellant.

Moss K. Schenck, Schenck & Schenck, New York City, for appellee.

Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.

## PER CURIAM:

After argument and in open court we affirm the judgment below upon Judge Levet's findings of fact and conclusions of law, reported at 306 F.Supp. 1266.